UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE TALENT,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>          Defendants. | Case No. 2:24-cv-01266-DJC-CSK |

Plaintiff David Wayne Talent, who is proceeding pro se, has moved to proceed in forma pauperis ("IFP") in this action. (ECF No. 2.) After determining whether IFP is appropriate and granting IFP, the Court must screen the complaint and dismiss any claims that are frivolous or malicious, fail to state a claim on which relief may be granted, or seek monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2). Plaintiff's Complaint, which was filed on May 1, 2024, has not yet been screened; thus, the Court has not yet determined whether the Complaint states any cognizable claim(s). Therefore, Defendant Department of Child Support Services' motion to dismiss (ECF No. 7) is denied as premature. *See Gibbons v. Arpaio*, 2007 WL 2990151, *2 (D. Az. Oct. 11, 2007) (dismissing as premature a motion to dismiss that was filed before screening order issued). The Court will screen the Complaint in due course, and if any cognizable claims remain after screening, Defendants will have the opportunity to respond to the Complaint

or if leave to amend is provided, respond to an Amended Complaint. Accordingly, Defendant Department of Child Support Services' motion to dismiss is denied without prejudice and the July 30, 2024 hearing is vacated.

IT IS SO ORDERED.

Dated:  June 10, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, tale1266.24

2