UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE TALENT, | No. 2:24-cv-01266-DJC-CSK |
| Plaintiff, | ORDER |
| v. | |
| DEPARTMENT OF CHILD SUPPORT SERVICES, et al., | (ECF No. 21) |
| Defendants. | |

On December 4, 2024, the Magistrate Judge filed findings and recommendations (ECF No. 21), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed. Accordingly, the court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations (ECF No. 21) are ADOPTED IN FULL;
2. The Complaint is dismissed without leave to amend for lack of subject matter jurisdiction and failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 31, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE